UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SETH ORDAHL,<br><br>                Defendant. | PO-17-5113-GF-JTJ<br>Ticket Number: 6563979<br>Location Code: M13<br>Disposition Code: PE<br><br>JUDGMENT IN A CRIMINAL CASE |

The Defendant, Seth Ordahl, was present in court and entered a plea of guilty to the charge of OPERATING WATERCRAFT WITH B.A.C GREATER THAN .08.

The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

    1. Defendant must pay a fine in the amount of $750.00 plus $30.00 Special Assessment for OPERATING WATERCRAFT WITH BAC GREATER THAN .08 for a total of $780.00. Defendant must pay by check or money order payable to "U.S. COURTS ─ CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 71363, Philadelphia, PA 19176-1363. Defendant may also pay online at www.cvb.uscourts.gov . The fine shall be paid in monthly payments of $260.00, with the first payment due on or before September 11, 2017.

    2. Defendant must complete alcohol classes and submit proof to the United States Attorney's Office; P.O. Box 3447; Great Falls, MT 59403, within six

months from the date of imposition of sentence.

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Judge Johnston. If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal. You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: August 11, 2017.

DATED this 16th day of August, 2017.

John Johnston
United States Magistrate Judge